Antonio Escalera, demandante y apelante, v. Georgina Lokpez Finlay, demandada y apelada.

Núm. 8831.—*Sometido:* Febrero 18, 1944. *Resuelto:* Marzo 6, 1944.

*Antonio Escalera,* por su propio derecho; *Mariano Acosta Velarde, Federico Acosta Velarde* y *Daniel Pellón Lafuente,* abogados de la apelada.

El Juez Asociado Señor Snyder emitió la opinión del tribunal.

Éste es un pleito de daños y perjuicios iniciado por Antonio Escalera contra Georgina Lokpez Finlay. Después de radicada la demanda, Escalera inscribió en el Registro de la Propiedad de San Juan un aviso de demanda. A solicitud de la demandada, este aviso fué cancelado en el Registro por orden de la corte de distrito. El demandante ha apelado de dicha orden.

La demandada ha solicitado la desestimación del recurso. Ésta tiene razón en sus dos contenciones. La orden no es apelable, en vista del hecho de que no se ha dictado sentencia final en el pleito principal (Artículo 295, Código de Enjuiciamiento Civil).

Además, la apelación es frívola. De conformidad con el artículo 91 del Código de Enjuiciamiento Civil, no procede la inscripción en el Registro de un aviso de demanda de daños y perjuicios.

*La moción de desestimación será declarada con lugar.*